JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>JHARANA CHHETRI, et al.,<br>　　　Defendants. | NO. CV19-10077 DSF (GJSx)<br><br>ORDER DISMISSING FEDERAL CLAIM AS MOOT AND DISMISSING SUPPLEMENTAL STATE CLAIM |

　　Plaintiff having advised the Court that the federal claim is moot and having advised that he wishes to have the state law claim dismissed without prejudice, and the Court having determined that it should decline to exercise supplemental jurisdiction over the state law claim, this action is dismissed without prejudice.

　　IT IS SO ORDERED.

Date: April 13, 2021

　　　　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge